THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Ryan E., a Minor Under the Age of Seventeen, Appellant.
 
 
 

Appeal From Greenville County
Letitia H. Verdin, Family Court Judge

Unpublished Opinion No.  2012-UP-086
 Submitted February 1, 2012  Filed
February 22, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Attorney General Deborah R. J.
 Shupe, all of Columbia; and Solicitor W. Walter Wilkins, III, of Greenville,
 for Respondent.
 
 
 

PER CURIAM:  Ryan
 E. appeals a family court order determining that the issue of whether or not to
 place him on the sex offender registry would be reserved for a hearing upon his
 release from confinement at the Department of Juvenile Justice.  We dismiss[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  Tracy v. Tracy, 384 S.C. 91, 99, 682 S.E.2d
 14, 18 (Ct. App. 2009) ("Before any
 action can be maintained, a justiciable controversy must be present.  A justiciable
 controversy is a real and substantial controversy which is ripe and appropriate
 for judicial determination, as distinguished from a contingent, hypothetical or
 abstract dispute." (internal citations omitted)).
APPEAL DISMISSED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.